UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY CURCIO,<br>   a/k/a "Brendan Wooley," and<br><br>IOSIF BONDARCHUK,<br>   a/k/a "Joe Bondarchuk,"<br><br>               Defendants. | **Unsealing Order**<br><br>**24 Cr. 312** |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys David R. Felton and Kingdar Prussien;

It is found that the Indictment in the above-captioned case, 24 Cr. 312, is currently sealed and the United States Attorney's Office has applied to have this Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
             May 23, 2024

                                                                                    HONORABLE JENNIFER E. WILLIS
                                                                                    UNITED STATES MAGISTRATE JUDGE
                                                                                    SOUTHERN DISTRICT OF NEW YORK