Query     Reports     Utilities     Help     What's New     Log Out

CLOSED,BOND

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CRIMINAL DOCKET FOR CASE #: 2:24-mj-00310-MLP All Defendants

Case title: USA v. Curcio et al                  Date Filed: 05/23/2024

Other court case number: 1:24-cr-00312-RA Southern District of    Date Terminated: 05/23/2024
New York

Assigned to: Hon. Michelle L. Peterson

## Defendant (1)

| | | |
|---|---|---|
| **Anthony Curcio** <br> *TERMINATED: 05/23/2024* | represented by | **Colleen Pechman Fitzharris** <br> FEDERAL PUBLIC DEFENDER'S OFFICE (SEA) <br> 1601 5TH AVE <br> STE 700 WESTLAKE CENTER OFFICE TOWER <br> SEATTLE, WA 98101 <br> 206-830-2926 <br> Fax: 206-553-0120 <br> Email: colleen_fitzharris@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

Conspiracy to Commit Wire Fraud -
18:1349. (1)
Wire Fraud - 18:1343 and 2. (2)

---

Assigned to: Hon. Michelle L. Peterson

**Defendant (2)**

| | | |
|---|---|---|
| **Iosif Bondarchuk**<br>*TERMINATED: 05/23/2024* | represented by | **Brent A Hart**<br>HART JARVIS CHANG PLLC<br>155 NE 100TH ST<br>STE 210<br>SEATTLE, WA 98125-8018<br>206-735-7474<br>Fax: 206-260-2950<br>Email: brenthartlaw@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Conspiracy to Commit Wire Fraud -<br>18:1349. (1)<br>Wire Fraud - 18:1343 and 2. (2) | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **William Kennelly Dreher**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>206-553-7970 |

Email: william.dreher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2024 | 1 | CHARGING DOCUMENT RECEIVED from the Southern District of New York as to Anthony Curcio, Iosif Bondarchuk. (TLJ) (Entered: 05/23/2024) |
| 05/23/2024 |  | Arrest of Anthony Curcio, Iosif Bondarchuk on 5/23/2024. (TLJ) (Entered: 05/23/2024) |
| 05/23/2024 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Colleen Pechman Fitzharris for Anthony Curcio. On the basis of the defendant's sworn financial statement, the court finds that they are financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Hon. Michelle L. Peterson. *(No.pdf image attached)* (TLJ) (Entered: 05/23/2024) |
| 05/23/2024 | 5 | CJA 20 Appointment as to Iosif Bondarchuk *(No.pdf image attached):*Appointment of Attorney Brent A Hart for Iosif Bondarchuk, Approved by Hon. Michelle L. Peterson. (TLJ) (Entered: 05/23/2024) |
| 05/23/2024 | 6 | Minute Entry for proceedings held before Hon. Michelle L. Peterson- CRD: *T. Johnson*; AUSA: *Will Dreher*; Def Cnsl: *Colleen Fitzharris and Brent Hart*; PTS: *Erin O'Donnell*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00PM*; Courtroom: *12B*; **INITIAL APPEARANCE AND DETENTION HEARING IN RULE 5(c)(3) PROCEEDINGS** as to Anthony Curcio and Iosif Bondarchuk held on 5/23/2024. Defendants present in custody. Defendants advised of rights. Financial Affidavits reviewed. Counsels appointed. Defendants advised of charges and penalties in the Southern District of New York. Defendants waive Identity Hearing. Court signs Orders of Transfer. Government is agreeable to release with conditions. Parties discuss release conditions. For reasons stated on the record, both defendants ORDERED released and placed on bond with special conditions. (TLJ) (Entered: 05/23/2024) |
| 05/23/2024 | 7 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to District of Southern District of New York as to Anthony Curcio by Hon. Michelle L. Peterson. (cc: PTS, USMO) (TLJ) (Entered: 05/23/2024) |
| 05/23/2024 | 8 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to District of Southern District of New York as to Iosif Bondarchuk by Hon. Michelle L. Peterson. (cc: PTS, USMO) (TLJ) (Entered: 05/23/2024) |
| 05/23/2024 | 9 | Appearance Bond Entered as to Anthony Curcio (1) PR with Supervision and special conditions. (cc: PTS/USPO/USMO) (TLJ) (Entered: 05/23/2024) |
| 05/23/2024 | 10 | Appearance Bond Entered as to Iosif Bondarchuk (2) PR with Supervision and special conditions. (cc: PTS/USPO/USMO) (TLJ) (Entered: 05/23/2024) |
| 05/23/2024 | 11 | LETTER to the Southern District of New York regarding Rule 5 Transfer as to defendant Anthony Curcio and Iosif Bondarchuk. (TLJ) (Entered: 05/23/2024) |

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 23 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
DEPUTY

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

_ANTHONY CURCIO _,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

No. MJ24-310

Charging District's Case No. 24-CR-312
WAIVER OF RULE 5(c)(3)(D) HEARING
AND ORDER OF TRANSFER

I, _Anthony Curcio _, have appeared before a United States Magistrate Judge in the Western District of Washington, and understand there is an indictment, information, complaint, or warrant pending in another district, the Southern District of New York. I have been informed of the nature of the proceeding in the other district and of my rights:

(1) **Counsel:** I have the right to the effective assistance of counsel, which includes the right to:

    a. the appointment of counsel at no cost if I am unable to afford counsel; and

    b. retain counsel of choice;

(2) **Identity Hearing:** I have a right to an identity hearing to determine whether I am the person named in the indictment, information, complaint, or warrant;

(3) **Warrant Production:** I have a right to the production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 1

(4) **Preliminary Hearing:** Unless an indictment is filed, I have a right to a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed and that I committed the alleged offense.

(5) **Release or Detention Hearing:**

    a.  <u>Personal Recognizance.</u> I may be released on my personal recognizance or unsecured bond unless a judicial officer determines that such release will not reasonably assure my appearance as required or will endanger the safety of any other person or the community;

    b.  <u>Least Restrictive Conditions.</u> I may be released subject to the least restrictive additional condition or combination of conditions that the judicial officer determines are necessary to reasonably assure my appearance as required and the safety of any other person and the community; or

    c.  <u>Detention Hearing.</u> If the government moves for detention, and that hearing is authorized by 18 U.S.C. § 3142(f), then I have a right to a hearing where a judicial officer will determine whether there is no condition or combination of conditions that will reasonably assure my appearance as required and the safety of any other person and the community; and

(6) **Transfer:** I may request transfer of the proceedings to this district to plead guilty and be sentenced under Fed. R. Crim. P. 20. The United States Attorneys in both districts must also approve the transfer in writing.

I agree to waive my right(s) to:

    ☑ an identity hearing and production of the warrant.

    ☐ a preliminary hearing in this district.

    ☐ a detention hearing in this district.

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 2

1 I consent to the issuance of an order directing me to appear and answer in said district

2 where the charges are pending.

3 DATED this 23 day of May , 2024.

4

5

6 _____                    _____
   Defense Counsel                                                     Defendant

7 **ORDER OF TRANSFER**

8 Based on the foregoing Waiver, it is hereby ORDERED that the further proceedings in

9 this case shall be conducted in the U. S. District Court for the Southern District of _New York

10 _. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of

11 proceedings conducted in this district. Unless the defendant is released on bond, the U.S.

12 Marshal is directed to transport defendant as promptly as possible to that district.

13 If released, the defendant is directed to appear in that district for further proceedings at

14 the time and place specified on the bond, or as otherwise directed by court order.

15 DATED this 23 day of May , 2024

16

17

18 _____
   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 3

```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED
```

MAY 23 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

_IOSIF BONDARCHUK _,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. MJ24-310

Charging District's Case No. 24-CR-312
WAIVER OF RULE 5(c)(3)(D) HEARING
AND ORDER OF TRANSFER

13    I, _Iosif Bondarchuk _, have appeared before a United States Magistrate Judge in the

14 Western District of Washington, and understand there is an indictment, information, complaint,

15 or warrant pending in another district, the Southern District of New York. I have been

16 informed of the nature of the proceeding in the other district and of my rights:

17    (1) **Counsel:** I have the right to the effective assistance of counsel, which includes the

18        right to:

19        a.    the appointment of counsel at no cost if I am unable to afford counsel; and

20        b.    retain counsel of choice;

21    (2) **Identity Hearing:** I have a right to an identity hearing to determine whether I am

22        the person named in the indictment, information, complaint, or warrant;

23    (3) **Warrant Production:** I have a right to the production of the warrant, a certified

24        copy of the warrant, or a reliable electronic copy of either;

25
26

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 1

(4) **Preliminary Hearing:** Unless an indictment is filed, I have a right to a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed and that I committed the alleged offense.

(5) **Release or Detention Hearing:**

    a. <u>Personal Recognizance.</u> I may be released on my personal recognizance or unsecured bond unless a judicial officer determines that such release will not reasonably assure my appearance as required or will endanger the safety of any other person or the community;

    b. <u>Least Restrictive Conditions.</u> I may be released subject to the least restrictive additional condition or combination of conditions that the judicial officer determines are necessary to reasonably assure my appearance as required and the safety of any other person and the community; or

    c. <u>Detention Hearing.</u> If the government moves for detention, and that hearing is authorized by 18 U.S.C. § 3142(f), then I have a right to a hearing where a judicial officer will determine whether there is no condition or combination of conditions that will reasonably assure my appearance as required and the safety of any other person and the community; and

(6) **Transfer:** I may request transfer of the proceedings to this district to plead guilty and be sentenced under Fed. R. Crim. P. 20. The United States Attorneys in both districts must also approve the transfer in writing.

I agree to waive my right(s) to:

    an identity hearing and production of the warrant.

    a preliminary hearing in this district.

    ~~a detention hearing in this district.~~

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 2

1       I consent to the issuance of an order directing me to appear and answer in said district

2 where the charges are pending.

3       DATED this _23_ day of _May_, 20 _24_.

4

5

6 _____       _____

   Defense Counsel                            Defendant

7 **ORDER OF TRANSFER**

8       Based on the foregoing Waiver, it is hereby ORDERED that the further proceedings in

9 this case shall be conducted in the U. S. District Court for the Southern District of _New York

10 _. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of

11 proceedings conducted in this district. Unless the defendant is released on bond, the U.S.

12 Marshal is directed to transport defendant as promptly as possible to that district.

13       If released, the defendant is directed to appear in that district for further proceedings at

14 the time and place specified on the bond, or as otherwise directed by court order.

15       DATED this _23_ day of _May_, 20 _24_

16

17

18 _____

   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 3

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 23 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

_IOSIF BONDARCHUK _,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. MJ24-310

Charging District's Case No. 24-CR-312
WAIVER OF RULE 5(c)(3)(D) HEARING
AND ORDER OF TRANSFER

13
14
15
16

I, _Iosif Bondarchuk _, have appeared before a United States Magistrate Judge in the Western District of Washington, and understand there is an indictment, information, complaint, or warrant pending in another district, the Southern District of New York. I have been informed of the nature of the proceeding in the other district and of my rights:

17
18

(1) **Counsel:** I have the right to the effective assistance of counsel, which includes the right to:

19

    a. the appointment of counsel at no cost if I am unable to afford counsel; and

20

    b. retain counsel of choice;

21
22

(2) **Identity Hearing:** I have a right to an identity hearing to determine whether I am the person named in the indictment, information, complaint, or warrant;

23
24

(3) **Warrant Production:** I have a right to the production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

25
26

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 1

(4) **Preliminary Hearing:** Unless an indictment is filed, I have a right to a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed and that I committed the alleged offense.

(5) **Release or Detention Hearing:**

    a.  <u>Personal Recognizance.</u> I may be released on my personal recognizance or unsecured bond unless a judicial officer determines that such release will not reasonably assure my appearance as required or will endanger the safety of any other person or the community;

    b.  <u>Least Restrictive Conditions.</u> I may be released subject to the least restrictive additional condition or combination of conditions that the judicial officer determines are necessary to reasonably assure my appearance as required and the safety of any other person and the community; or

    c.  <u>Detention Hearing.</u> If the government moves for detention, and that hearing is authorized by 18 U.S.C. § 3142(f), then I have a right to a hearing where a judicial officer will determine whether there is no condition or combination of conditions that will reasonably assure my appearance as required and the safety of any other person and the community; and

(6) **Transfer:** I may request transfer of the proceedings to this district to plead guilty and be sentenced under Fed. R. Crim. P. 20. The United States Attorneys in both districts must also approve the transfer in writing.

I agree to waive my right(s) to:

    an identity hearing and production of the warrant.

    a preliminary hearing in this district.

    ~~a detention hearing in this district.~~

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 2

1    I consent to the issuance of an order directing me to appear and answer in said district

2  where the charges are pending.

3       DATED this _23_ day of _May_, 20_24_.

4

5

6  _____          _____
   Defense Counsel                     Defendant

7                       **ORDER OF TRANSFER**

8       Based on the foregoing Waiver, it is hereby ORDERED that the further proceedings in

9  this case shall be conducted in the U. S. District Court for the Southern District of _New York

10 _. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of

11 proceedings conducted in this district. Unless the defendant is released on bond, the U.S.

12 Marshal is directed to transport defendant as promptly as possible to that district.

13      If released, the defendant is directed to appear in that district for further proceedings at

14 the time and place specified on the bond, or as otherwise directed by court order.

15      DATED this _23_ day of _May_, 20_24_

16

17

18 _____
   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 3




United States District Court
Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>vs.<br>**ANTHONY CURCIO** | APPEARANCE BOND<br>**CASE No: MJ24-310 (1)** |

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the *United States Courthouse, 500 Pearl St, New York, New York; Courtroom: AS DIRECTED*, on AS DIRECTED and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a licensed and duly-qualified physician. If supervised by Pretrial Services, all prescriptions for controlled substances must be approved by the pretrial services officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed by Pretrial Services
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services, (206) 370-8550, United States Courthouse, 700 Stewart Street, Seattle, Washington within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

OTHER SPECIAL CONDITIONS:
- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
- Travel is restricted to the Southern and Eastern Districts of New York as required for this case and the Western District of Washington, or as directed by Pretrial Services.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.
- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.
- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.
- The defendant shall maintain a single checking account in his or her name. The defendant shall deposit into this account all income, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses. This account, and all other bank accounts, must be disclosed to the probation office.
- You shall not sell trading cards during the pendency of the case without permission of the Government.

v05162023

Appearance Bond
Page 2 of 2

ANTHONY CURCIO                                                                   MJ24-310 (1)

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

- The defendant must notify all prescribing physicians and medical providers, including dentists, or his/her history of substance abuse, and provide Pretrial Services with verification of notification.

- <u>You shall appear at pretrial services in SDNY at the U.S. District Courthouse, 500 Pearl Street, New York, NY by 9 a.m. no later than June 6, 2024.</u>

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _____       May 23, 2024         Seattle, WA
Signature                                Date Signed          City, State

ORDER OF RELEASE
It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

May 23, 2024 _____             _____
Date Signed                              Michelle L. Peterson
                                         UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*



# United States District Court
*Western District of Washington*



UNITED STATES OF AMERICA,

vs.

# IOSIF BONDARCHUK

# APPEARANCE BOND
## CASE No: MJ24-310 (2)

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the *United States Courthouse, 500 Pearl St, New York, New York; Courtroom: AS DIRECTED*, on AS DIRECTED and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a licensed and duly-qualified physician. If supervised by Pretrial Services, all prescriptions for controlled substances must be approved by the pretrial services officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed by Pretrial Services
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services, (206) 370-8550, United States Courthouse, 700 Stewart Street, Seattle, Washington within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

## OTHER SPECIAL CONDITIONS:

- Travel is restricted to the Western District of Washington, or the Eastern District of New York or Southern District of New York for Court/attorney meetings, or as directed by Pretrial Services.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.
- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.
- You shall not sell trading cards during the pendency of the case without permission of the Government.
- You shall appear at pretrial services in SDNY at the U.S. District Courthouse, 500 Pearl Street, New York, NY by 9 a.m. no later than June 6, 2024.
-

Appearance Bond
Page 2 of 2

IOSIF BONDARCHUK

MJ24-310 (2)

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

| X _____ | May 23, 2024 | Seattle, WA |
| Signature | Date Signed | City, State |

---

### ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**May 23, 2024**
Date Signed

Michelle L. Peterson
UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*