UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANTHONY CURCIO,

Defendant.

No. 24-CR-312

ORDER

RONNIE ABRAMS, United States District Judge:

On consent of the parties, defendant shall be released, with the following additional conditions:

- $100,0000 bond signed by two financially responsible co-signers. Defendant shall have two weeks to satisfy this condition.

- Pretrial Services supervision as directed.

- Surrender all travel documents and make no new applications.

- Travel restricted to WD/WA and SDNY/EDNY with all points in between, for court related purposes only.

- Mental health evaluation and treatment as directed by Pretrial Services.

- Drug testing and treatment as directed by Pretrial Services.

- No Excessive use of Alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

- Obtain/maintain verifiable employment.

- Do not relocate without prior pretrial approval.

- No contact with co-defendants, victims, and witnesses unless in the presence of counsel.
- No possession of a firearm, destructive device or other weapons.
- No dealing in sports trading or Pokemon cards during pendency of case.

SO ORDERED.

Dated:    June 7, 2024
             New York, New York

Ronnie Abrams
United States District Judge