

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 11, 2024

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Anthony Curcio & Iosif Bondarchuk*, 24 Cr. 312 (RA)

Dear Judge Abrams:

  Pursuant to Federal Rule of Criminal Procedure 16(d), the Government respectfully requests, with the consent of all defendants, that the Court endorse the enclosed protective order governing discovery in this case.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

     By:  /s/ David R. Felton
        David R. Felton / Kingdar Prussien
        Assistant United States Attorneys
        (212) 637-2299 / -2223

Enclosure