Jeffrey L. Kradel, Esq.
jeff@kradeldefense.com
www.kradeldefense.com

# KRADEL DEFENSE PLLC

August 29, 2024

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The status conference is adjourned to November 6, 2024 at 11:30 a.m.  Time is excluded until November 6, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 30, 2024

**Re:** *United States v. Anthony Curcio & Iosif Bondarchuk*, 24 Cr. 312 (RA)
**Defendant Curcio Request to Adjourn Status Conference**

Dear Judge Abrams:

On behalf of Mr. Curcio, and with the agreement of all parties, I am requesting that the Status Conference scheduled for September 6, 2024 at 12:30 p.m. be adjourned to a new date in approximately 60 days, to allow further review of discovery and investigation.  In support of this request Mr. Curcio consents to the exclusion of Speedy Trial time until the adjourned date and also asks that the Court adjourn the Government and Defense Expert Notice dates for the same 60-day period. Both the Government and counsel for co-defendant Banderchuk were consulted and indicated their agreement with this request.

Respectfully submitted,

Jeffrey L. Kradel
Attorney at Law
WSBA #26767