Jeffrey L. Kradel, Esq.
jeff@kradeldefense.com
www.kradeldefense.com

# KRADEL DEFENSE PLLC

October 29, 2024

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The status conference is adjourned to January 7, 2025 at 11:00 a.m. Time is excluded until January 7, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 29, 2024

Re: *United States v. Anthony Curcio & Iosif Bondarchuk*, 24 Cr. 312 (RA)
Defendant Curcio Request to Adjourn Status Conference

Dear Judge Abrams:

On behalf of Mr. Curcio, and with the agreement of all parties, I am requesting that the Status Conference scheduled for November 6, 2024 at 12:30 p.m. be adjourned to a new date in approximately 60 days – and after January 1, 2025 - to allow further review of discovery and investigation. Since the last adjournment the Government has produced additional discovery, including numerous search warrants. The defense is engaged in review and legal research related to those materials, while also continuing independent factual investigation of both the allegations and the sources of the allegations.

In support of this request Mr. Curcio consents to the exclusion of Speedy Trial time until the adjourned date and also asks that the Court adjourn the Government and Defense Expert Notice dates for the same 60-day period. Both the Government and counsel for co-defendant Banderchuk were consulted and indicated their agreement with this request.

Respectfully submitted,

Jeffrey L. Kradel
Attorney at Law
WSBA #26767

---