# APPENDIX C

# Defendant's Motion for *Franks* Hearing

# *United States v. Curcio*, 24-CR-312

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Jeff Johnson served with lawsuit by Anthony Curcio  **Date:** 11/29/2023

**From:** NEW YORK
  NY-C15
  **Contact:** Christopher J. Campbell, 718-286-7100

**Approved By:** SSA VEH BEZDIKIAN

**Drafted By:** Christopher J. Campbell

**Case ID #:** 87N-NY-3740727    (U) OPERATION HEIST AND HOLDER; Anthony Curcio, Joe Bondarchuk, Jason Donley; PSA - Victim; ITSP

**Synopsis:** (U) Jeff Johnson served with lawsuit by Anthony Curcio

**Enclosure(s):** Enclosed are the following items:
1. (U) copy of lawsuit

**Details:**

On 11/25/2023, Jeff Johnson telephonically contacted SA Campbell to advise that he received the attached paperwork via a process server. Johnson provided a copy of said paperwork via FedEx, which arrived to SA Campbell on 11/28/2023.

This paperwork appears to be a lawsuit naming the Plantiffs as Anthony J. Curcio, and Curcio Media, Inc. and the Defendants as Jeffrey Alan Johnson, Captain Ticket, Inc. and Upland Sports Cards.

♦♦

UNCLASSIFIED