UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ANTHONY CURCIO,

                Defendant.

Case No. 1:24-cr-00312-RA

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Patrick K. Barry, of the law firm Simpson Thacher & Bartlett LLP, a member of this Court in good standing, respectfully enters his appearance as counsel for Defendant Anthony Curcio in the above-captioned matter and requests that all future correspondence and papers be served upon the undersigned.

Dated: October 16, 2025
      New York, New York

                              Respectfully submitted,

                              */s/ Patrick K. Barry*
                              Patrick K. Barry
                              SIMPSON THACHER & BARTLETT LLP
                              425 Lexington Avenue
                              New York, New York 10017-3954
                              Telephone: (212) 455-2000
                              Facsimile: (212) 455-2502
                              patrick.barry@stblaw.com

                              *Counsel for Defendant Anthony Curcio*