UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

  - v. -

ANTHONY CURCIO,

      Defendant.

[PROPOSED] VERDICT FORM

24-cr-312-RA

Do not write anything on this form except to check a response or to sign and date the form.

**Please indicate your verdict with a check mark (✓).** **Your verdict must be unanimous. PLEASE CHECK YOUR ANSWERS AS TO EACH QUESTION.**

## COUNT ONE

As to **Count One** of the Indictment, participating in a conspiracy to commit wire fraud, how do you find the defendant, **Anthony Curcio,** guilty or not guilty?

    Not Guilty _____   Guilty _____

## COUNT TWO

As to **Count Two** of the Indictment, wire fraud, how do you find the defendant, **Anthony Curcio**, guilty or not guilty?

    Not Guilty _____   Guilty _____

1

_____
Signature of foreperson

_____
Date

By: */s/ Martin S. Bell*

**SIMPSON THACHER & BARTLETT LLP**

Martin S. Bell
Meredith Karp
Patrick K. Barry
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
*martin.bell@stblaw.com*
*meredith.karp@stblaw.com*
*patrick.barry@stblaw.com*

*Attorneys for Defendant Anthony Curcio*

2