UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ANTHONY CURCIO,<br><br>                Defendant. | 24-Cr-312 (RA) |

**DEFENDANT ANTHONY CURCIO'S OMNIBUS MOTION IN LIMINE**

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Defendant Anthony Curcio will move before the Honorable Ronnie Abrams, U.S.D.J., at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, under Federal Rules of Evidence 401, 403, 404, and Federal Rule of Criminal Procedure 16. Specifically, Mr. Curcio respectfully seeks an order barring the admission of (i) expert testimony; (ii) DNA evidence; (iii) evidence of prior bad acts, including a book excerpt; and (iv) testimony tending to imply or concluding that certain of Mr. Curcio's cards were counterfeit or his dealings were otherwise illicit in a fashion inconsistent with the charged conduct in this case, and to admit testimony of evidence regarding good faith or purpose on Mr. Curcio's part. Mr. Curcio also seeks an order permitting certain evidence relating to his state of mind and good purpose.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant Anthony Curcio will rely upon the accompanying Memorandum of Law and all the proceedings and pleadings herein.

Dated: New York, New York
      December 11, 2025                  Respectfully submitted,

                                                               **Simpson Thacher & Bartlett LLP**

                                                               By: _/s/ Martin S. Bell_
                                                               Martin S. Bell
                                                               Meredith Karp
                                                                Patrick K. Barry
                                                                425 Lexington Avenue
                                                                New York, New York 10017
                                                                (212) 455-2000
                                                                martin.bell@stblaw.com
                                                                meredith.karp@stblaw.com
                                                                patrick.barry@stblaw.com

                                                                _Attorneys for Defendant Anthony Curcio_