UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY CURCIO,<br><br>Defendant. | 24-CR-312 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

As discussed earlier today, the parties dispute whether the Court should include an instruction regarding conscious avoidance in its charge to the jury. The Court understands that Curcio objects to such a charge on the ground that the jury has not heard any evidence that he took any deliberate actions to avoid learning about whether the holders around the cards he sold to his alleged victims were counterfeit, or otherwise acted with a conscious purpose to avoid learning the truth of a fact material and important to his conduct. *See* Jan. 22 Tr. at 1394:3–1395:18; *United States v. Goffer*, 721 F.3d 113, 126–27 (2d Cir. 2013) ("A conscious avoidance instruction may only be given if (1) the defendant asserts the lack of some specific aspect of knowledge required for conviction, and (2) the appropriate factual predicate for the charge exists, i.e., the evidence is such that a rational juror may reach the conclusion beyond a reasonable doubt that the defendant was aware of a high probability of the fact in dispute and consciously avoided confirming that fact.") (quoting *United States v. Svoboda*, 347 F.3d 471, 480 (2d Cir. 2003)) (cleaned up). Without such evidence, Curcio argues, there is no basis to charge the jury on conscious avoidance. *See* Jan. 22 Tr. at 1394:3–1395:18.

The government shall submit a letter-brief by January 24th, 2026 on whether there is sufficient evidence in the trial record to give a conscious avoidance charge, and, if the Court

chooses to do so, whether it proposes any changes to the language in the draft charge.  If Curcio

wishes to respond, he shall do so by no later than 2:00 p.m. on January 25, 2026.

SO ORDERED.

Dated:    January 23, 2026
          New York, New York

          Ronnie Abrams
          United States District Judge