UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANTHONY CURCIO,

Defendant.

No. 24-CR-312 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

After an eleven-day trial, a jury found Defendant guilty of Counts 1 and 2 of the Indictment. The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

• Court Exhibit 1: *Voir Dire* Questionnaire

• Court Exhibit 2: Draft Jury Charge

• Court Exhibit 3: Jury Charge

• Court Exhibit 4: Jury Note

• Court Exhibit 5: Jury Note

• Court Exhibit 6: Jury Note

• Court Exhibit 7: Jury Note

• Court Exhibit 8: Verdict Sheet

SO ORDERED.

Dated:    February 3, 2026
          New York, New York

Ronnie Abrams
United States District Judge