# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

| Direct Dial Number | E-mail Address |
|---|---|
| +1-212-455-2542 | martin.bell@stblaw.com |

February 4, 2026

<u>BY ECF & EMAIL</u>

Re:   *United States v. Anthony Curcio*, 24 Cr. 312 (RA)

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams:

I write on behalf of Defendant Anthony Curcio in connection with the above-captioned case.

As you know, Mr. Curcio was found guilty by a jury after a more than two-week trial on January 28, 2026. Mr. Curcio intends to file a post-trial motion. With the consent of the Government, Mr. Curcio respectfully requests that the Court order the following briefing schedule for that forthcoming motion, as follows:

- **Opening Brief**:   February 18, 2026
- **Response Brief**:   March 11, 2026
- **Reply Brief**:   March 18, 2026

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/*

Martin S. Bell