# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number                                                              E-mail Address

+1-212-455-2542                                                         martin.bell@stblaw.com

February 4, 2026

BY ECF & EMAIL

Re:     *United States v. Anthony Curcio*, 24 Cr. 312 (RA)

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Abrams:

I write on behalf of Defendant Anthony Curcio in connection with the above-captioned case.

As you know, Mr. Curcio was found guilty by a jury after a more than two-week trial on January 28, 2026.  Mr. Curcio intends to file a post-trial motion.  With the consent of the Government, Mr. Curcio respectfully requests that the Court order the following briefing schedule for that forthcoming motion, as follows:

- **Opening Brief**:     February 18, 2026

- **Response Brief**:    March 11, 2026

- **Reply Brief**:       March 18, 2026

We thank the Court for its continued attention to this matter.

Application granted.                                    Respectfully submitted,

SO ORDERED.                                            /s/

Hon. Ronnie Abrams                                     Martin S. Bell
February 5, 2026

BEIJING   BOSTON   BRUSSELS   HONG KONG   HOUSTON   LONDON   LOS ANGELES   LUXEMBOURG   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.