UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>           v.<br><br>ANTHONY CURCIO,<br>   a/k/a "Brendan Wooley,"<br><br>                  Defendant. | 24-CR-312 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On February 18, 2026, Defendant Anthony Curcio filed a motion for a new trial or, in the alternative, an evidentiary hearing. Dkt. 102. Mr. Curcio requested oral argument on that motion, which will be held on Wednesday, April 22, at 2:00 p.m. Mr. Curcio's appearance at oral argument may be waived in writing in advance of the argument date.

At this oral argument, the Court will consider whether to hold the evidentiary hearing requested by Mr. Curcio, in addition to whether Mr. Curcio is entitled to a new trial. The parties thus need not bring any witnesses they would call at such a hearing. Furthermore, the Government has objected to certain lawyers for Mr. Curcio, who may themselves be percipient witnesses, representing Mr. Curcio at any such evidentiary hearing. Dkt. 103 at 22 n.5. The Court does not understand this objection to be applicable, however, to any oral argument on whether to hold such a hearing, which will necessarily be focused on questions of law. Accordingly, all of Mr. Curcio's lawyers may participate at this argument on his behalf.

SO ORDERED.

Dated:    April 13, 2026
        New York, New York

                                 Ronnie Abrams
                                 United States District Judge