UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY CURCIO,<br><br>              Defendant. | 24-CR-312 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Pursuant to its prior Order, *see* Dkt. 110, the Court notes that it has received an *ex parte* response from Mr. Curcio's existing counsel, dated May 11, 2026, regarding his allegations that they suffered from an undisclosed conflict of interest.  Mr. Curcio has received a copy of this letter.

The Court will hold a change-of-counsel hearing on May 20, 2026 at 12:00 p.m. in Courtroom 1506 of the Thurgood Marshall United States Courthouse.  The Court will request the attendance of the duty CJA attorney.  For the avoidance of doubt, the Court will not docket either Mr. Curcio's prior letter of May 4 or his existing counsel's letter of May 11 until it has had the opportunity to hear the parties out on the issue at this hearing.  A copy of this Order will be emailed to Mr. Curcio.

SO ORDERED.

Dated:    May 13, 2026
           New York, New York

                         Ronnie Abrams
                         United States District Judge