UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY CURCIO,

Defendant.

24-CR-312 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Defendant Anthony Curcio's sentencing is scheduled for August 26, 2026. On July 29, 2026, the Probation Office filed its Final Presentence Investigation Report as to Curcio. Dkt. 150 ("PSR"). The PSR noted that several objections raised by Curcio remained unresolved, including objections that pertain to the factual basis for the intended loss calculation and the applicability of an enhancement for obstruction of justice.

"[T]he district court must ensure that the defendant has an effective opportunity to rebut allegations likely to affect the sentence." *United States v. Lee*, 818 F.2d 1052, 1056 (2d Cir. 1987). As such, Curcio shall inform the court as to whether he will exercise his "right to schedule a *Fatico* fact-finding hearing" as to these preserved objections, *Messina v. United States*, 2020 WL 4194533, at *4 (E.D.N.Y July 21, 2020), or propose an alternative procedure to resolve them, by August 7, 2026. The Government may submit any response by August 12, 2026.

SO ORDERED.

Dated: July 29, 2026
New York, New York

Ronnie Abrams
United States District Judge