**SUPERIOR COURT OF WASHINGTON**
**IN AND FOR THE COUNTY OF KING**

ANTHONY J. CURCIO, AND CURCIO MEDIA, INC., its successors in interest and/or assigns,

Plaintiffs,

v.

[redacted]

Defendants.

No. 23-2-24037-5 SEA

**DEFAULT JUDGMENT**

**JUDGMENT SUMMARY**

Judgment Creditors: Anthony J. Curcio and Curcio Media, Inc., *pro se*

Judgment Debtors: [redacted]

Judgment Debtor's Attorney: None

Principal Judgment Amount: $123,267.48

Interest Rate after Judgment: 7.5% per year

Judgment

THIS MATTER, having come on regularly for hearing before the undersigned judge of the above-entitled Court, and the Court having jurisdiction and being fully advised in the premises, now makes the following judgment:

1. Hearing. This default judgment had no hearing.
2. Prior Order. Defendants were declared to be in default and the Court entered an Order of Default on February 6, 2024.
3. Based on the arguments of the parties, the pleadings and the evidence presented, the Court finds that the judgment amount of $120,212.50 is a sum certain.
4. Defamation and Libel Per Se claims. The Plaintiffs seek solely non-monetary relief for these claims.
5. Adjudication. On the Basis of the foregoing, IT IS ORDERED, ADJUDGED AND DECREED:
    a. Plaintiffs Curcio Media, Inc. and Anthony J. Curcio be and are hereby awarded and shall recover a money judgment against Defendants [redacted] in the amount of $120,212.50
    b. Plaintiffs Curcio Media, Inc. and Anthony J. Curcio are awarded post judgment interest that shall accrue at a rate of 7.5% per year, as allowed by RCW 4.56.110, until paid in full.
    c. Plaintiffs Curcio Media, Inc. and Anthony J. Curcio be and are hereby awarded litigation costs in the amount of $3,054.98 pursuant to RCW 4.84.030.
    d. Defendant [redacted] shall retract his statements about Anthony Curcio in the Facebook Group "Buying and Selling Vintage Cards | Investors and Collectors", and tag every participating group member in the original post.
    e. Defendant [redacted] [redacted] shall publish a retraction on its websites [redacted] and [redacted] in a clear and conspicuous place on the landing page, that the derogatory written and verbal statements made by [redacted] [redacted] regarding Anthony Curcio's sports card dealings with implied or explicit statements indicating that Anthony sold counterfeit

cards, that Anthony's conduct was misleading, deceitful or otherwise intentionally defrauding or hurting others, were said without merit.

DONE EX PARTE this ______ day of ___________________, 2024.

_______________________________

JUDGE/ COURT COMMISSIONER

Presented by:

**PLAINTIFF**

By: _____________________________
Anthony J. Curcio

# King County Superior Court
# Judicial Electronic Signature Page

Case Number: 23-2-24037-5
Case Title: CURCIO ET ANO VS [redacted] ET AL

Document Title: Order

Signed By: Steve Olsen
Date: March 11, 2024



Commissioner: Steve Olsen

This document is signed in accordance with the provisions in GR 30.

Certificate Hash: 4279F49F6B92A7EB5BF4310EEADB02FFFA8D7E23
Certificate effective date: 12/19/2022 11:39:47 AM
Certificate expiry date: 12/19/2027 11:39:47 AM
Certificate Issued by: C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Steve Olsen: 5Pc2bKkz7RGbWetzFEiL6w=="