The Law Offices of
O&D
ONAODOWAN & DELINCE

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com **telephone:** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com **telephone:** 917.238.9332

August 12, 2026

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:** ***United States v. Anthony Curcio,*** 24 Cr. 312 (RA)
Letter Request for Adjournment of Sentencing

Dear Judge Abrams:

This letter is respectfully submitted, on behalf of defendant Anthony Curcio as a request to adjourn the sentencing date of August 26, 2026 and the previously imposed sentencing submissions schedule.

As the Court is aware, on May 20, 2026, I was the Criminal Justice Act ("CJA") attorney on duty, and I was appointed as new counsel for Defendant Curcio pursuant to the Criminal Justice Act.

**Background and Procedural History**

On May 20, 2024, Defendant Curcio was charged with wire fraud conspiracy and wire fraud pursuant to indictment 24 Cr. 312 (RA). In January of 2026, Defendant Curcio was convicted of the charges following a two-week trial. Post trial, several Rule 33 issues, along with other post-trial issues, were briefed and filed with the Court.

On June 8, 2026, the Court endorsed a letter adopting the parties' jointly proposed filing and sentencing schedule where:

a. Defense sentencing submission will be due on August 4, 2026
b. Government sentencing submission will be due on August 10, 2026
c. Sentencing to be scheduled for August 14, 2026

The Court subsequently rescheduled sentencing to August 26, 2026 at 1pm. Dkt. 143. Pursuant to the Court's individual practice rules, defense sentencing submissions are due on August 12, 2026 and government submissions are due on August 19, 2026.

At this juncture, the defense is requesting an adjournment of the August 26, 2026 sentencing date. In preparation for sentencing, I discovered mitigation issues that warrant further

The Law Offices of
O&D
ONAODOWAN & DELINCE

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com **telephone:** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com **telephone:** 917.238.9332

exploration as they may have significant impact on our sentencing arguments. I need additional time to finish gathering medical records well as other documents from two community programs in an effort to complete the mitigation presentation as part of my sentencing argument under 18 USC 3553(a).

I have conferred with the government regarding the need and purpose of this adjournment request, and the government graciously has no objection. Accordingly, the parties jointly propose the following sentencing schedule:

a. Defense sentencing submission will be due on September 4, 2026
b. Government sentencing submission will be due on September 11, 2026
c. Sentencing to be scheduled on a day convenient for the Court during the week of September 21, 2026.[1]

We thank the Court for its time and attention.

Respectfully submitted,

Esere J. Onaodowan, Esq.
*Counsel for Anthony Curcio*

Application granted. Mr. Curcio's sentencing shall be adjourned to October 6, 2026 at 1:00 p.m.

The Court intends to determine whether a *Fatico* hearing is warranted after it receives Mr. Curcio's response, if any, to the Government's letter-brief of August 12, 2026. The parties shall, however, reserve time at 1:00 p.m. on August 26, 2026—the date and time previously set for Mr. Curcio's sentencing—for a *Fatico* hearing, in the event the Court deems such a hearing necessary.

SO ORDERED.

Hon. Ronnie Abrams
August 13, 2026

[1] The government is not available on the afternoon of September 22, 2026 and the defense is not available on the mornings of September 23, 2026 and September 25, 2026