UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY CURCIO,

Defendant.

24-CR-312 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 7, 2026, Defendant Anthony Curcio filed a letter requesting that a *Fatico* hearing be held to resolve the remaining objections in the final pre-sentence report filed on July 29, 2026. Dkt. 152. On August 12, 2026, the Government filed an opposition to that request. Dkt. 156. Mr. Curcio may file a reply to the Government's opposition by August 19, 2026.

SO ORDERED.

Dated: August 13, 2026
New York, New York

Ronnie Abrams
United States District Judge