UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY CURCIO,
a/k/a "Brendan Wooley,"

Defendant.

24-CR-312 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The hearing set for August 26, 2026, at 1:00 p.m. shall be held as planned to discuss open issues related to Mr. Curcio's sentencing. *See* Dkt. 158. At the hearing, the Government shall be prepared to substantiate its assertion that "[t]he defendant's known sales or attempted sales to victims and on certain online marketplaces . . . totals approximately $1.55 million," Dkt. 156 at 5, as well as any other intended or actual loss amount supporting the presentence report's conclusion that the "intended loss as a result of the criminal scheme perpetrated by Curcio and Bondarchuk amounted to between $1.5 and $3.5 million." Dkt. 150 ("PSR") ¶ 47. In addition, to the extent the Government has evidence, not presented at trial, relevant to the two alleged instances of obstruction of justice, including but not limited to statements made by Mr. Curcio in connection with his November 2023 civil suit against a non-testifying victim and the date on which the Government opened its investigation into Mr. Curcio, it may provide that evidence at the hearing. Finally, if either party seeks to introduce evidence relevant to any other objection to the PSR, they may do so at the hearing.

SO ORDERED.

Dated: August 21, 2026
New York, New York

Ronnie Abrams
United States District Judge