The Law Offices of
O&D
ONAODOWAN & DELINCE

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com **telephone:** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com **telephone:** 917.238.9332

September 21, 2026

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:** ***United States v. Anthony Curcio,*** 24 Cr. 312 (RA)
Request to Adjourn the Bail Hearing scheduled for September 22, 2026 at 2:30pm

Dear Judge Abrams:

This letter is respectfully submitted on behalf of defendant Anthony Curcio to request an adjournment for the bail hearing scheduled for September 22, 2026 at 2:30pm.

As the Court is aware, I represent Mr. Anthony Curcio pursuant to a Criminal Justice Act ("CJA") appointment. For the duration of this case, Mr. Curcio has resided and continues to reside in his home state of Washington while on pre-trial release. On Friday, September 18, 2026, at 11:46 am, Probation Officer Lanique Rhyne forwarded me an email between Chambers and Officer Rhyne in which the Court's Deputy informed Officer Rhyne that a bail hearing was scheduled for September 22, 2026 at 2:30pm for Mr. Curcio. I immediately notified Mr. Curcio of this scheduled hearing. Since Friday, he has been trying to make arrangements to fly to New York for the appearance, but he finds that the flights and hotels are too expensive on such short notice. He simply does not have enough money to fly to New York for the bail hearing on such short notice.

Additionally, I did not have the opportunity to advise the Court of my availability before the hearing date was set. Tomorrow afternoon, I have a very personal, private matter that cannot easily be rescheduled on such short notice as it concerns an unexpected tragedy in my family. I would also note that Mr. Curcio's sentencing is scheduled for October 6, 2026 at 1pm – that is eleven (11) days from today. A month ago, Mr. Curcio purchased his airline tickets to fly to New York for his October sentencing.[1]

Accordingly, we are requesting that the Bail Hearing scheduled for September 22, 2026 at 2:30pm please be adjourned to another date so that 1) defense counsel can be available for appearance and 2) Mr. Curcio can try and secure more money for yet another plane ticket and hotel accommodations before flying to New York on October 6, 2026.

---

[1] See attached screenshot of Mr. Curcio's October 4, 2026 airline ticket purchase

*The Law Offices of*
O&D
ONAODOWAN & DELINCE

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com **telephone:** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com **telephone:** 917.238.9332

Should the Court be inclined to adjourn this bail hearing, for the Court's consideration, my availability starts next week. I am *not* available to appear on the following dates and times next week: September 28, 2026 from 12 noon – 3:30pm; September 30, 2026 from 9am – 1pm.

I have conferred with the government, and the government objects to this request.

Respectfully submitted,

______________________________
Esere J. Onaodowan, Esq.
*Counsel for Anthony Curcio*

The bail hearing scheduled for September 22, 2026 at 2:30 p.m. is adjourned until further notice. As directed by Pretrial Services, Mr. Curcio must appear in person to the U.S. Probation Office at 700 Stewart St, Seattle, WA 98101, by no later than 5:00 p.m. PDT today.

SO ORDERED.

______________________________
Ronnie Abrams, U.S.D.J.
September 21, 2026

8:43

180 Your confirmation r...

**Alaska Airlines**
Flight 295
Boeing 737MAX 9 Passenger

**Traveler(s)**
Anthony Curcio
Seat: 20C Class: Q (COACH)

| Sun, Oct 04 08:08 AM | | Sun, Oct 04 04:43 PM |
|---|---|---|
| **SEA** | → | **EWR** |
| Seattle | | Newark |

**Summary of airfare charges**

Anthony Curcio
*Atmos™ Rewards Member: # 184747953*
Ticket 0315550109942

| | |
|---|---|
| Base fare and surcharges | $254.07 |
| Taxes and other fees | $39.00 |
| Per-person total | $293.07 |
| **Total charges for air travel** | **$293.07** |