UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANTHONY CURCIO,

Defendant.

No. 24-CR-312

ORDER

RONNIE ABRAMS, United States District Judge:

Pretrial Services has represented that the Probation Office at 700 Stewart St, Seattle, WA 98101 closes at 4:30 p.m. **Accordingly, the Court amends its prior Order as such that Mr. Curcio must appear no later than 4:00 p.m. PDT.**

SO ORDERED.

Dated: September 21, 2026
New York, New York

Ronnie Abrams
United States District Judge