**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 25, 2026

**BY EMAIL**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 25, 2026

**Re: *United States v. Anthony Curcio*, 24 Cr. 312 (RA)**

Dear Judge Abrams:

The Government respectfully requests that the Court unseal the arrest warrant issued by the Court in connection with the defendant's violations of pretrial supervision.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/
David R. Felton
Kingdar Prussien
Cecilia Vogel
Assistant United States Attorneys
(212) 637-2299/-2223/-1084

cc: All counsel of record (by ECF)