UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY CURCIO,
a/k/a "Brendan Wooley,"

Defendant.

24 Cr. 312 (RA)

**ORDER AND JUDGMENT OF FORFEITURE OF BOND**

Before the Court is the Government's motion for an order and judgment of default on the $100,000 appearance bond issued in the Southern District of New York for defendant ANTHONY CURCIO, a/k/a "Brendan Wooley" (the "defendant"), which was signed by the defendant and co-signed by Emily Curcio, the defendant's ex-wife, and Geri Curcio, the defendant's mother. For the reasons stated in the declaration of Cecilia Vogel, Assistant United States Attorney, submitted in support of the motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1. The $100,000 personal recognizance bond (the "Bond") executed by ANTHONY CURCIO, a/k/a "Brendan Wooley," Emily Curcio, and Geri Curcio be and hereby is forfeited.

2. Judgment in the amount of $100,000 in favor of the United States of America and against ANTHONY CURCIO be and hereby is ENTERED and the United States of America shall have execution therefore.

3. Judgment in the amount of $100,000 in favor of the United States of America and against Emily Curcio and Geri Curcio be and hereby is ENTERED and the United States of America shall have execution therefore.

4. A bail hearing is set for September 25, 2026 at 2:00 PM in Courtroom 1506.

Date: New York, New York
September 23, 2026

Hon. Ronnie Abrams
United States District Judge

JUDGMENT ENTERED:

Tammi M. Hellwig 9/30/2026
Clerk of Court
Southern District of New York