UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY CURCIO,<br><br>Defendant. | No. 24-CR-312<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Government shall respond to Ms. Curcio's Motion to Set Aside Bond Forfeiture and Default Judgment (Doc #175) and the Opposition to Government's Motion to Forfeit Bond (Document #176), by October 9, 2026.

SO ORDERED.

Dated: October 2, 2026
New York, New York

Ronnie Abrams
United States District Judge