UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANTHONY CURCIO,

Defendant.

24-CR-312 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Government shall respond to Ms. Geri J. Curcio's letter joining Ms. Emily Curcio's Motion to Set Aside Bond Forfeiture and Default Judgment, Dkt. 175, and the Opposition to Government's Motion to Forfeit Bond, Dkt. 176, by October 15, 2026.

SO ORDERED.

Dated: October 8, 2026
New York, New York

Ronnie Abrams
United States District Judge