**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 8, 2026

**BY ECF and Email**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Anthony Curcio*, 24 Cr. 312 (RA)**

Dear Judge Abrams:

The Government respectfully writes to request that it be permitted to respond by October 15, 2026, to Emily Curcio and Geri Curcio's respective motions opposing the Government's motion to forfeit the bond and requesting to set aside the forfeiture. Currently, the Court has ordered the Government to respond to Emily Curcio's motions by October 9, 2026, and to Geri Curcio's motions by October 15, 2026. For efficiency, the Government requests authorization to file one response to both co-signers' motions on October 15, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/
David R. Felton
Kingdar Prussien
Cecilia Vogel
Assistant United States Attorneys
(212) 637-2299/-2223/-1084

cc: All counsel of record (by ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
October 9, 2026