**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 22, 2026

Application granted. The sentence is adjourned to January 15, 2027 at 2:00 p.m. Defendant's sentencing submission shall be filed by January 4, 2027 and the Government's sentencing submission shall be filed by January 8, 2027.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 22, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Anthony Curcio*, 24 Cr. 312 (RA)**

Dear Judge Abrams:

The U.S. Marshals Service have informed the Government that the defendant, who is detained in the Western District of Washington, will not arrive in this District by November 18, 2026, the current sentencing date. The Government thus requests to adjourn sentencing until the defendant is in the District. With respect to sentencing, the Government understands that the Court, the Government, and the defendant's newly retained counsel are available for sentencing on January 15, 2027, and based on information provided by the U.S. Marshals, the Government understands the defendant will be in the District by that date. The Government thus respectfully requests that the Court schedule sentencing on that date and that the parties' sentencing submissions be due in accordance with the Court's individual rules.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/
David R. Felton
Kingdar Prussien
Cecilia Vogel
Assistant United States Attorneys
(212) 637-2299/-2223/-1084

cc: All counsel of record (by ECF)